# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Dustin L. Vittetoe ) | Case No: 3:07-cr-05062-ODS-8 |
| ) | USM No: 20465-045 |
| Date of Original Judgment: 04/08/2009 ) | |
| Date of Previous Amended Judgment: ) | Jeremy Gordon (Retained) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The Court denies defendant's motion for modification or reduction of sentence pursuant to 18 USC 3582(c)(2) consistent with the Government's response (Doc. #698).

Except as otherwise provided, all provisions of the judgment dated   04/08/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  02/24/2016                        /s/ Brian C. Wimes
                                                                       *Judge's signature*

Effective Date:  11/01/2015                  BRIAN C. WIMES, United States District Judge
*(if different from order date)*                 *Printed name and title*